IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–135–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DEREK DEXTER SHOULDERBLADE, | |
| Defendant. | |

Before the Court is Defendant Shoulderblade's Motion to File Documents Under Seal. Finding good cause appearing,

IT IS ORDERED that the Motion (Doc. 18) is GRANTED. Defendant's two (2) exhibits to his Brief in Support of Motion to Suppress are filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 28th day of December, 2017.

Dana L. Christensen, Chief District Judge
United States District Court